# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| TRISH ROTHWELL | § |
| | § |
| v. | §   CIVIL ACTION NO. 4:23-CV-00116- |
| | §                          SDJ-AGD |
| MARSHALL CREEK RANCH, LLC, | § |
| et al. | § |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting Report and Recommendation of United States Magistrate Judge, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Defendants' Motion for Summary Judgment and Brief in Support (Dkt. #27) is **GRANTED**, and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 31st day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE